L. Paul Mankin, IV (SBN 264038)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass Street, Suite 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK NELSON, an individual,** | Case No. **2:17-CV-03372-DMG-JEM** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **SYNCHRONY BANK, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**NOTICE OF SETTLEMENT**
-1-

Respectfully submitted this 16th day of May 2017,

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

| | |
|---|---|
| 1 | Filed electronically on this 16th day of May 2017, with: |
| 2 | United States District Court CM/ECF system |
| 3 | |
| 4 | Notification sent electronically via the Court's ECF system to: |
| 5 | Honorable Dolly M. Gee<br>United States District Court |
| 6 | Central District District of California |
| 7 | Raagini Shah, Esq. |
| 8 | Reed Smith LLP<br>355 South Grand Avenue, Suite 2900 |
| 9 | Los Angeles, CA 90071 |
| 10 | Attorney for Defendant |
| 11 | |
| 12 | This 16th day of May 2017 |
| 13 | /s/L. Paul Mankin |
| 14 | L. Paul Mankin |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF SETTLEMENT**
-3-